**Edwin Dale ADDISON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27735.**

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

Thomas & Thomas, Big Spring, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is aggravated assault; the punishment, 30 days in jail.

Our State's Attorney confesses that the complaint will not support the informa-

tion. The complaint charges that Amando Hinojosa committed the assault while the information charges that Edwin Dale Addison assaulted the injured party.

 A valid complaint is a prerequisite to a valid information. Byrom v. State, 158 Tex.Cr.R. 427, 256 S.W.2d 853. Without a complaint, the County Court has no jurisdiction. McQueen v. State, 135 Tex.Cr.R. 74, 117 S.W.2d 79.

The judgment is reversed and the prosecution ordered dismissed.